# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| **BRITTANY HEYDER** <br> Plaintiff, <br><br> v. <br><br> **NATIONAL CREDIT MANAGEMENT,** <br> Defendant. | ) JURY TRIAL DEMANDED <br> ) <br> ) <br> ) Case No. <br> ) <br> ) <br> ) <br> ) <br> ) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

### I. INTRODUCTION

1. This is an action for actual and statutory damages brought by Plaintiff Brittany Heyder an individual consumer, against Defendant, National Credit Management for violations of the Fair Debt Collection Practices Act, 15 U.S.C § 1692 *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair collection practices.

### II. JURISDICTION AND VENUE

2. Jurisdiction of this court arises under 15 U.S.C § 1692k(d) and 28 U.S.C § 1331. Venue in this District is proper in that the Defendant transacts business in Flint, Smith County, Texas, and the conduct complained of occurred in Flint, Smith County, Texas.

1

## III. PARTIES

3. Plaintiff is a natural person residing in Flint, Smith County, Texas. Plaintiff is a consumer as defined by the Fair Debt Collection Practices Act, 15 U.S.C. §1692a(3).

4. Upon information and belief, Defendant is a Missouri corporation with its principal place of business located at 10845 Olive Blvd, Ste 210, St. Louis, MO 63141.

5. Defendant is engaged in the collection of debt from consumers using the mail and telephone. Defendant regularly attempts to collect consumers' debts alleged to be due to another.

6. Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C 1692a(6).

## IV. FACTS OF THE COMPLAINT

7. Plaintiff received a letter via mail dated December 14, 2022 from Defendant attempting to collect a debt in the amount of $2,336.92 allegedly owed to Texas A&M Commerce.

8. Plaintiff sent a response letter via USPS certified mail to Defendant dated January 28, 2023 stating "I refuse to pay." pursuant to 15 U.S.C 1692c(c). The certified letter was received by Defendant on February 15, 2023.

9. Despite receiving Plaintiff's notice, Defendant continued its attempts to contact Plaintiff via telephone on March 2, 2023 and on April 17, 2023, in violation of 15 U.S.C. § 1692c(c).

10. Plaintiff has suffered actual damages as a result of the illegal debt collection communications by Defendant in the form of anger, anxiety, decreased ability to focus on tasks while at work, frustration, amongst other negative emotions.

## V. FIRST CLAIM FOR RELIEF
## 15 U.S.C. §1692c(c)

11. Plaintiff re-alleges and reincorporates all previous paragraphs as if fully set out herein.

12. Defendant violated the FDCPA. Defendant's violations include, but are not limited to, the following: Defendant violated 15 U.S.C § 1692c(c) of the FDCPA by failing to cease collection after receiving written notice.

13. As a result of the above violations of the FDCPA, Defendant is liable to Plaintiff for actual damages, statutory damages and costs.

## VI. JURY DEMAND AND PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully demands a jury trial and requests that judgment be entered in favor of Plaintiff and against Defendant for:

A. Judgment for the violations occurred for violating the FDCPA;

B. Actual damages pursuant to 15 U.S.C §1692k(1)(2);

C. Statutory damages pursuant to 15 U.S.C §1692k(2);

D. Costs pursuant to 15 U.S.C §1692k(3);

E. For such other and further relief as the Court may deem just and proper.

Respectfully submitted,

Dated: June 5, 2023                By:   s/ Tiffany Hill
                                   Tiffany Hill, Esq. (OBA# 31332)
                                   PO Box 5302
                                   Edmond, OK 73083
                                   (405) 456-9406
                                   thlegalconsulting@gmail.com
                                   *ATTORNEY FOR PLAINTIFF*