# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| BRITTANY HEYDER  )  | |
|     Plaintiff,  ) | |
| ) | |
| v.  ) | Case No. 6:23-cv-00282 |
| ) | |
| NATIONAL CREDIT MANAGEMENT,  ) | |
|     Defendant.  ) | |
| ) | |
| ) | |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff represents that the Parties herein have reached a settlement agreement and need approximately thirty (30) days to fulfill the settlement terms. May the Court so enter an Order holding these proceedings in abeyance and vacating all outstanding case deadlines and court dates pending the parties' submission of closing documents.

 

Respectfully submitted,

Dated: July 10, 2023

By: s/ Tiffany Hill
Tiffany Hill, Esq. (OBA# 31332)
PO Box 5302
Edmond, OK 73083
(405) 456-9406
thlegalconsulting@gmail.com
*ATTORNEY FOR PLAINTIFF*